UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAJUAN BERNOUDY,

Plaintiff,

v.

ALAFA, ET AL, et al.,

Defendants.

Case No.  25-cv-10177-LJC

**ORDER GRANTING MOTION FOR LEAVE TO FILE BY MAIL**

Re: Dkt. No. 9

Plaintiff asks to file his complaint and motion for leave to proceed *in forma pauperis* (IFP) by mail because he has very little or no access to the law library as he is in restricted housing. Plaintiff's address indicates that he resides in the Psychiatric Inpatient Program (PIP) at Salinas Valley State Prison (SVSP). He states that he sent a copy of his documents to the library and requested that they be e-filed, but he received no response.

Plaintiff's motion to file by mail is granted and the Clerk is instructed to docket his case-initiating documents accordingly.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge