UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY, | No.  1:26-cv-01946-SAB (PC) |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION FOR COMPLAINT FOR LACK OF SIGNATURE |
| v. | |
| ALAFA, et al., | (ECF Nos. 22, 23) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2026, Plaintiff filed a motion for appointment of counsel and motion "for complaint."  (ECF Nos. 22, 23.)  Both of Plaintiff's motions are unsigned which cannot be considered by the Court, and are HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated:  __**March 30, 2026**__ 

STANLEY A. BOONE
United States Magistrate Judge

1