UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY, | No. 1:26-cv-01946-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES AND APPOINTMENT OF COUNSEL |
| v. | |
| ALAFA, et al., | (ECF No. 25) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a copy of court documents and appointment of counsel, filed March 31, 2026.  (ECF No. 25.)  Therein, Plaintiff states that he "need[s] a copy of everything that was filed to the court and copy of original petition that you want me to amend."  (Id.)  Plaintiff's request must be denied.

The Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk's Office charges $.50 per page for copies of documents, and copies of a document up to twenty-five pages may be made upon written request and prepayment of the copy fees. See 28 U.S.C. § 1914(b). The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents. Pursuant to 28 U.S.C. § 2250, the

1

Clerk's Office is not required to furnish copies without cost to an indigent litigant except by order of the judge.  Thus, Plaintiff's request for copies is denied.

In addition, for the reasons explained in the Court's March 20, 2026, screening order, Plaintiff's complaint fails to state a cognizable claim for relief, and he has not met his burden in demonstrating exceptional circumstances to warrant appointment of counsel.  (ECF No. 20.)

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for copies and appointment of counsel, (ECF No. 25), is DENIED.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge