UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY, | No. 1:26-cv-01946-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON MAY 27, 2026 |
| v. | (ECF No. 31) |
| ALAFA, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 27, 2026, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for his failure to file a second amended complaint. (ECF No. 31.)

Inasmuch as Plaintiff filed a second amended complaint on this same day (which was docketed after the Court's order), it is HEREBY ORDERED that the order to show cause issued on May 27, 2026 (ECF No. 31), is DISCHARGED. The Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:    **May 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1