UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY,<br><br>              Plaintiff,<br><br>       v.<br><br>ALAFA, et al.,<br><br>              Defendants. | Case No. 1:26-cv-01946 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 35) |

Dajuan Bernoudy asserts that he suffered violations of his civil rights at Kern Valley State Prison. (*See* Doc. 32.) The magistrate judge screened Plaintiff's second amended complaint and found Plaintiff stated a cognizable claim for excessive force against defendants Haddad, Alafa, Chavez, Figueroa, Gonzalez, Flores, Castellon, Rosales, and Escobedo. (Doc. 35 at 2-3.) The magistrate judge determined also that Plaintiff did not state a cognizable claim against Warden Horn. (*Id.* at 4.) The magistrate judge found Plaintiff also failed to state claims related to falsified documents or violations of prison policy by the defendants. (*Id.* at 4-5.) Finally, the magistrate judge observed that the "CDCR is immune from federal claims under section 1983." (*Id.* at 5.) The magistrate judge recommended the action proceed only on the cognizable claims and all other claims and defendants be dismissed. (*Id.* at 6.)

The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due in 14 days. (Doc. 35 at 6.) The Court advised the parties the "failure to

1

file any objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on June 6, 2026 (Doc. 35) are **ADOPTED** in full.

2.    This action **SHALL** proceed only on Plaintiff's excessive force claim against defendants Haddad, Alafa, Chavez, Figueroa, Gonzalez, Flores, Castellon, Rosales, and Escobedo.

3.    All other claims and defendants are **DISMISSED**.

4.    The Clerk of Court is directed to update the docket and terminate Warden Horn and the CDCR as defendants.

IT IS SO ORDERED.

Dated:    July 2, 2026

UNITED STATES DISTRICT JUDGE

2