UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY,<br><br>Plaintiff,<br><br>v.<br><br>ALAFA, et al.,<br><br>Defendants. | No. 1:26-cv-01946-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AS PREMATURE<br><br>(ECF No. 40) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to subpoena video footage, filed August 21, 2026. Plaintiff's motion for discovery is premature and shall be denied without prejudice.

On July 6, 2026, the Court found service of the second amended complaint appropriate on and ordered electronic service on Defendants Haddad, Alafa, Chavez, Figueroa, Gonzalez, Flores, Castellon, Rosales, and Escobedo. (ECF Nos, 36, 37.)

On August 12, 2026, CDCR filed a notice of intent to waive on behalf of all Defendants. (ECF No. 39.) Thus, a waiver of service is currently due on or before September 11, 2026. (ECF No. 39.)

Inasmuch as Defendants have not yet filed a waiver of service or an answer to the operative complaint, Plaintiff's request for discovery is premature. Indeed, as stated in the

Court's first informational order, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 16 at 4:17-19.) In addition, once the Court allows discovery to begin, "[d]iscovery requests must be served directly on the attorney for the party from whom discovery is sought." (Id. at 4:22.) Accordingly, Plaintiff's motion for a subpoena is denied, without prejudice, as premature.

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge